No. 6699. LEIGHTY *v.* GOODWIN, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 6700. BRYANT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 6701. GRIFFITH *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 6706. HOWELL *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 6708. HALPERN *v.* ZELKER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 6709. DAVIS *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1074. PETKUS *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1421. WEBER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1438. SCHMUTZ MANUFACTURING Co., INC. *v.* ATKINS. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6389. CIMINO *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.